THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00125-MR-DLH

| | |
|---|---|
| TERESA J. ESTES, ) </br> ) </br> Plaintiff, ) </br> ) </br> vs. ) </br> ) </br> ) </br> CAROLYN W. COLVIN, Acting ) </br> Commissioner of Social Security, ) </br> ) </br> Defendant. ) </br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Dismiss Civil Action Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure [Doc. 10].

For the reasons stated in the Plaintiff's Motion,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Dismiss [Doc. 10] is **GRANTED**, and this civil action is hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Signed: November 17, 2015

Martin Reidinger
United States District Judge